**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | Chapter 7 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| | ) | Case No. 08-33951 |
| | ) | |
| | ) | Adv No. 09-00489 |
| Debtors | ) | |
| | ) | Judge Jacqueline P. Cox |
| _____ | ) | |
| George J. McCarthy | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Richard Ryan Dempsey and | ) | |
| Eileen M. Dempsey | ) | Hearing: July 15, 2009 at 10:00 a.m. |
| | ) | |
| Defendants | ) | |

**NOTICE OF MOTION**

To: See attached service list

**PLEASE TAKE NOTICE** that on **July 15, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Jacqueline P. Cox or any other Judge sitting in her stead, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtors' **Motion to Strike Adversary Complaint for Failure to Achieve Service of Process**, a copy of which is enclosed and is herewith served upon you. At which time and place you may appear and be heard.

                                            /s/ Forrest L. Ingram
                                            One of Debtor's attorneys

Forrest L. Ingram, #3129032
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## **CERTIFICATE OF SERVICE**

      I, Forrest L. Ingram, an attorney, certify that I caused a true and correct copy of the above and foregoing notice and the document to which it refers to be served upon the parties listed on the attached service list, via electronic delivery or by mail, as indicated on the list, on or before 5:00 P.M. on July 2, 2009.

                                                   /s/ Forrest L. Ingram

## SERVICE LIST

**By ECF Notice:**

**George J McCarthy**
**c/o Thomas R. Stilp**
Messer & Stilp, Ltd.
166 West Washington, Suite 300
Chicago, IL 60602
stilp@messerstilp.com


**By Mail:**

**Richard and Eileen Dempsey**
2626 N. Lakeview Ave.
Apt. 1303
Chicago, IL 60614

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | Chapter 7 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| | ) | Case No. 08-33951 |
| | ) | |
| | ) | Adv No. 09-00489 |
| Debtors | ) | |
| | ) | Judge Jacqueline P. Cox |
| _____ | ) | |
| George J. McCarthy | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Richard Ryan Dempsey and | ) | |
| Eileen M. Dempsey | ) | Hearing: July 15, 2009 at 10:00 a.m. |
| | ) | |
| Defendants | ) | |

**MOTION TO STRIKE ADVERSARY COMPLAINT FOR FAILURE TO ACHIEVE SERVICE OF PROCESS**

NOW COME the Defendants, Richard Ryan and Eileen M. Dempsey, ("Debtors") by and through their attorneys at Forrest L. Ingram, P.C., and for their Motion to Dismiss Adversary Complaint for Failure to Achieve Service of Process, pursuant to Fed.R.Bankr.P. 7004(e), state as follows:

1. On December 11, 2008, Debtors filed a Voluntary Chapter 7 Petition in the Northern District of Illinois, Case No. 08-33951.

2. On June 16, 2009, Plaintiff George J. McCarthy ("Plaintiff") filed this adversary proceeding, case number 09-AP-00489, objecting to the Discharge of the Debtors, pursuant to 11 U.S.C. § 727(a) and § 523(a)(18).

3. The Summons in this adversary case was issued on June 16, 2009.

4. Fed.R.CivP. 4(c)(1), made applicable to this Bankruptcy Adversary Proceeding by Fed.R.Bankr.P. 7004(a)(1) provides that:

> A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

5. However, the Bankruptcy Rules limits the time for service. Under Rule 7004(e), service must be made "within 10 days after the summons is issued." Fed. R. Bankr. P. 7004(e).

6. To date, service was not made on the Defendants.

7. More than ten (10) days has elapsed since the issuance of the summons in this adversary proceeding.

8. Therefore, the time limit for service imposed by Fed.R.Bankr.P. 7004(e) has not been met by the Plaintiff, and another summons must be issued and served to effectuate proper service.

**WHEREFORE**, Debtor prays that this Court Strike the Plaintiff's Complaint, require the Plaintiff to obtain a new summons, and set the date for which an answer is required until 30 days after a properly serviced Summons, and such other and further relief as may be just.

Respectfully submitted,

RICHARD RYAN and EILEEN M. DEMPSEY

By:   /s/ Forrest L. Ingram
      One of their attorneys

Forrest L. Ingram, P.C.
Forrest L. Ingram
Peter Berk, Of Counsel
Patrick F. Lambe
Helena Milman

Gautham Kaveti
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838