## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RICHARD RYAN DEMPSEY and EILEEN M. DEMPSEY, | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 08-33951 |
| | ) | |
| | ) | Adv No. 09-00489 |
| Debtors | ) | |
| | ) | Judge Jacqueline P. Cox |
| _____ | ) | |
| George J. McCarthy | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Richard Ryan Dempsey and Eileen M. Dempsey | ) | Hearing: July 15, 2009 at 10:00 a.m. |
| | ) | |
| Defendants | ) | |

## ORDER STRIKING ADVERSARY COMPLAINT

THIS MATTER CAME TO BE HEARD on the motion of Defendants Richard Ryan Dempsey and Eileen M. Dempsey, ("Debtors") to Dismiss Adversary No. 08 AP 01028, due notice having been given, and the Court having determined that the Plaintiffs have failed to achieve proper service in the required timeframe pursuant to Fed.R.Bankr.P. 7(e), and being fully advised in the premises,

**IT IS ORDERED:**

1.   Plaintiff's Complaint is hereby sticken.

2. Defendants will have 30 days after the new Summons is issued to file their Answer to the Complaint.

4. This case is set for status hearing on _____ at _____.

Dated: By the Court

_____
The Honorable Jacqueline P. Cox
Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.