Notice of Special Meeting of The Board of Directors

The Demhoff Corporation

January 5, 2004

At this meeting, it was determined to consider an increase in the expense account allowance for the Corporation's chief officer and sole employee since there has been no increase in the allowance since 1980. The following resolution was passed:

RESOLVED: That the Officers of the Corporation are authorized to expend up to the amount of $150,000.00 annually for business, travel and entertainment expenses of MR. RICHARD DEMPSEY, President of the Corporation; and that the Officers of the Corporation are authorized to expend up to the amount of $150,000.00 annually for personal expenses of MR. RICHARD DEMPSEY, President of the Corporation, to be reimbursed to the Corporation.

Signed

*(signature: Richard Dempsey)*

Richard Dempsey

Sole Director

EXHIBIT A