**PROMISSORY NOTE** (Illinois)  
147  
APRIL, 1980  
GEORGE E. COLE® LEGAL FORMS

CAUTION: Consult a lawyer before using or acting under this form. All warranties, including merchantability and fitness, are excluded.

$ _50,000.00_   _FIFTY THOUSAND 00/100_,   _8-12_   19_90_

_CHILLICOTHE CONSTRUCTION CO. INC_ after date _8/12/95_ promise to pay to the order of _HUNTFORT CORPORATION PROFIT SHARING PLAN_

_FIFTY THOUSAND AND_ ——————————————— _00/100_ Dollars

Payable on _AFTER 8-12-95_

Value received with interest at _10_ % per annum.

No. _1_   Due _8-12-95_   _CHILLICOTHE CONSTRUCTION CO. INC_
Address _15 W 154 60th ST_
_BURR RIDGE ILLINOIS 60521_   BY _Richard Dempsey - TREASURER_

**GROUP EXHIBIT 1**

PROMISSORY NOTE (Illinois)   NO. 147   APRIL, 1980   GEORGE E. COLE® LEGAL FORMS

CAUTION: Consult a lawyer before using or acting under this form. All warranties, including merchantability and fitness, are excluded.

$ 50,000.00    FIFTY THOUSAND 00/100,    8·24·   19 90

CHILLICOTHE CONSTRUCTION CO. INC   after date 8/24/95 promise to pay to the order of HUNTFORT CORPORATION PROFIT SHARING PLAN

FIFTY THOUSAND AND ———————————— 00/100 Dollars

Payable AFTER 8·24·95

Value received with interest at  10  % per annum.

No.  2   Due  8/24/91    CHILLICOTHE CONSTRUCTION CO INC
Address  15 W 154 60th ST
BURR RIDGE ILLINOIS 60521   By Richard Dempsey - TREASURER

**PROMISSORY NOTE** (Illinois)
No. 147
GEORGE E. COLE®
LEGAL FORMS

CAUTION: Consult a lawyer before using or acting under this form. All warranties, including merchantability and fitness, are excluded.

$ 100,000 ⁰⁰   ONE HUNDRED THOUSAND 00/100,   12-18  19 90

CHILLICOTHE CONSTRUCTION CO. IN   after date 12/18/95 promise to pay to

the order of HUNTFORT PROFIT SHARING PLAN

ONE HUNDRED THOUSAND AND ———   00/100 Dollars

Payable #1 AFTER 12-18-95

Value received with interest at 10 % per annum.

No. 3   Due 12-18-95   CHILLICOTHE CONSTRUCTION CO INC
Address 15 W 154 60th ST
BURR RIDGE ILLINOIS 60521   BY Richard Dempsey - TREASURER

**PROMISSORY NOTE** (Illinois)   GEORGE E. COLE® LEGAL FORMS   APRIL, 1980

CAUTION: Consult a lawyer before using or acting under this form. All warranties, including merchantability and fitness, are excluded.

$ 125,000.00   ONE HUNDRED & TWENTY FIVE THOUSAND 00/100   1-2- 19 91

CHILLICOTHE CONSTRUCTION CO. INC   after date 1/2/96 promise to pay to

the order of HUNTFORT CORPORATION PROFIT SHARING PLAN

ONE HUNDRED AND TWENTY FIVE THOUSAND 00/100 Dollars

Payable at AFTER 1-2-96

Value received with interest at 10 % per annum.

No. 4   Due 1-2-96   CHILLICOTHE CONSTRUCTION CO. INC
Address 15 W 154 60th St
BURR RIDGE ILLINOIS 60521   By Richard Dempsey - TREASURER

**PROMISSORY NOTE** (Illinois)   NO. 147   APRIL, 1980   GEORGE E. COLE® LEGAL FORMS

CAUTION: Consult a lawyer before using or acting under this form. All warranties, including merchantability and fitness, are excluded.

$ 500,000.00   FIVE HUNDRED THOUSAND 00/100,   3-1   19 91

CHILLICOTHE CONSTRUCTION CO. INC   after date 3/1/96 promise to pay to

the order of   HUNTFORT CORPORATION PROFIT SHARING PLAN

FIVE HUNDRED THOUSAND AND   00/100   Dollars

Payable at   AFTER 3-1-96

Value received with interest at   10   % per annum.

No.   5   Due   3-1-96   CHILLICOTHE CONSTRUCTION CO. INC
Address   15 W 154 60TH ST
BURR RIDGE ILL 60521   BY Richard Dempsey - TREASURER

**PROMISSORY NOTE** (Illinois)  
GEORGE E. COLE® LEGAL FORMS  
APRIL, 1980

CAUTION: Consult a lawyer before using or acting under this form. All warranties, including merchantability and fitness, are excluded.

$ 400,000⁰⁰   FOUR HUNDRED THOUSAND,   5-15   19 92

CHILLICOTHE CONSTRUCTION CO. INC ____ after date 5/15/92 promise to pay to the order of HUNTFORT CORPORATION PROFIT SHARING PLAN

FOUR HUNDRED THOUSAND AND ———————— 00/100 Dollars

Payable at AFTER 5-15-92

Value received with interest at 10 % per annum.

No. 6   Due _____   CHILLICOTHE CONSTRUCTION CO. INC
Address 15 W 154 60th ST.
BURR RIDGE ILLINOIS 60521   BY Richard Dempsey - TREASURER