Form A293

# PROMISSORY NOTE

$ 50,000 00 AND 00/100        Dated: AUGUST 12, 1990

Principal Amount FIFTY THOUSAND AND 00/100        State of ILLINOIS

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHALSA CORPORATION PROFIT SHARING PLAN (FORMERLY HUNT FORT CORPORATION PROFIT SHARING PLAN) the sum of Dollars ($ 50,000 00 AND 00/100), together with interest thereon at the rate of 10 % per annum on the unpaid balance. Said sum shall be paid in the manner following:

PRINCIPAL PLUS INTEREST PAYABLE IN FULL ON 08/12/95

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within         days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of         % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

CHILLICOTHE CONSTRUCTION CO, INC
15 W 154 60TH ST
BURR RIDGE, IL 60521

Signed in the presence of:

_____        _Richard Dempsey - Treasurer_
Witness                                            Borrower

_____        _____
Witness                                            Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all monies due under the aforesaid note and agree to remain bound until fully paid.

In the presence of:                    CHILLICOTHE CONSTRUCTION CO, INC
                                                    15 W 154 60TH ST
                                                    BURR RIDGE, IL 60521

_____        _Richard Dempsey - Treasurer_
Witness                                            Borrower

_____        _____
Witness                                            Borrower



GROUP EXHIBIT 2

© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z Legal Forms and the retailer make no representation or warranty, express or implied, with respect to the merchantability of this form for an intended use or purpose.

(Revised 2/93)

Form A293

# PROMISSORY NOTE

$ 50,000⁰⁰  Dated: AUGUST 12, 1990
Principal Amount FIFTY THOUSAND AND 00/100  State of ILLINOIS

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHALSA CORPORATION PROFIT SHARING PLAN (FORMERLY HEMPSEY CORPORATION PROFIT SHARING PLAN), the sum of FIFTY THOUSAND Dollars ($ 50,000⁰⁰ ), together with interest thereon at the rate of 10 % per annum on the unpaid balance. Said sum shall be paid in the manner following: PRINCIPAL PLUS INTEREST PAYABLE IN FULL ON AUGUST 12, 2000

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within _____ days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of _____ % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgment of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

Signed in the presence of:

_____  CHILLICOTHE CONSTRUCTION COMPANY
Witness                15 W 154 60TH ST
                       BURR RIDGE, IL 60521
                       RICHARD DEMPSEY, PRESIDENT
                       X _Richard Dempsey_ - President
_____  Borrower
Witness                _____
                       Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all moneys due or the aforesaid note and agree to remain bound until fully paid. CHILLICOTHE CONSTRUCTION COMPANY
                                                                 15 W 154 60TH ST
                                                                 BURR RIDGE IL 60521
In presence of:                                                  RICHARD DEMPSEY, PRESIDENT
_____  X _Richard Dempsey_ - Member
Witness                Guarantor
_____  _____
Witness                Guarantor



© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z Legal Forms and the retailer make no representation or warranty, express or implied, with respect to the merchantability of this form for an intended use or purpose.
(Revised 1/95)



EXHIBIT G

#2

Form A293

# PROMISSORY NOTE

$50,000.00 AND 00/100

Principal Amount FIFTY THOUSAND AND 00/100

Dated: AUGUST 24, 1990

State of ILLINOIS

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHALSA CORPORATION PROFIT SHARING PLAN
(BEMBERLY HUNT&LT CORPORATION PROFIT SHARING PLAN), the sum of
Dollars ($50,000.00 AND 00/100), together with interest thereon at the rate of     %
per annum on the unpaid balance. Said sum shall be paid in the manner following:

PRINCIPAL PLUS INTEREST PAYABLE IN FULL ON 08/24/95

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within       days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of       % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

Signed in the presence of:

CHILLICOTHE CONSTRUCTION CO., INC
15 W 154 60TH ST
BURR RIDGE, IL 60521

_____  _____
Witness                    Borrower

_____  _____
Witness                    Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all monies due under the aforesaid note and agree to remain bound until fully paid.

In the presence of:

CHILLICOTHE CONSTRUCTION CO., INC
15 W 154 60TH ST
BURR RIDGE, IL. 60521
Richard Dempsey - President

_____  _____
Witness                    Borrower

_____  _____
Witness                    Borrower



© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z



EXHIBIT H

Form A293

# PROMISSORY NOTE

$50,000

Principal Amount FIFTY THOUSAND AND 00/100

Dated: AUGUST 24, 1990

State of ILLINOIS

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHALSA CORPORATION PROFIT SHARING PLAN (formerly Hunter Cicarmon Profit Sharing Plan), the sum of FIFTY THOUSAND Dollars ($50,000°°), together with interest thereon at the rate of 10 % per annum on the unpaid balance. Said sum shall be paid in the manner following:

PRINCIPAL PLUS INTEREST PAYABLE IN FULL ON AUGUST 24, 2000

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within _____ days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of _____ % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgment of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

Signed in the presence of:

CHILLICOTHE CONSTRUCTION COMPANY
1521 154 60TH ST.
BULL ROSE, IL 60521
Richard Dempsey, PRESIDENT

_George J McCarthy_
Witness

X _Richard Dempsey - President_
Borrower

_____
Witness

_____
Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all moneys due under the aforesaid note and agree to remain bound until fully paid. CHILLICOTHE CONSTRUCTION COMPANY
1521 154 60TH ST
BULL ROSE, IL 60521
Richard Dempsey, PRESIDENT

In the presence of:

_George J McCarthy_
Witness

X _Richard Dempsey - President_
Guarantor

_____
Witness

_____
Guarantor



© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z Legal Forms and the retailer make no representation or warranty, express or implied, with respect to the merchantability of this form for an intended use or purpose.

(Revised 1/93)



EXHIBIT I

# 3

Form A293

# PROMISSORY NOTE

$100,000.00 AND 00/100   Dated: DECEMBER 18, 1990

Principal Amount ONE HUNDRED THOUSAND AND 00/100   State of ILLINOIS

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHALSA CORPORATION PROFIT SHARING PLAN (FORMERLY HUNTPORT CORPORATION PROFIT SHARING PLAN), the sum of

Dollars ($100,000.00 AND 00/100), together with interest thereon at the rate of 10 % per annum on the unpaid balance. Said sum shall be paid in the manner following:

PRINCIPAL AND INTEREST PAYABLE IN FULL ON 12/18/95

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within _____ days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of ____ % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

Signed in the presence of:   CHILLICOTTE CONSTRUCTION CO., INC.
15 W 154 60TH ST
BURR RIDGE, IL 60521

_____   _____
Witness                      Borrower

_____   _____
Witness                      Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all monies due under the aforesaid note and agree to remain bound until fully paid.

In the presence of:   CHILLICOTTE CONSTRUCTION CO., INC.
15 W 154 60TH ST
BURR RIDGE, IL 60521

_Deg McClug_              _Richard Dempsey - President_
Witness                    Borrower

_____   _____
Witness                      Borrower

© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose. E-Z Legal Forms and the retailer make no representation or warranty, express or implied, as to purpose, and use. E-Z Legal Forms this form for an intended use or...


EXHIBIT J

Form A293

# PROMISSORY NOTE

$100,000.00                                                 Dated: DECEMBER 18, 1990

Principal Amount ONE HUNDRED THOUSAND   State of ILLINOIS
AND 00/100

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHASA CORPORATION PROFIT SHARING PLAN (FORMERLY HUNTTECT CORPORATION PROFIT SHARING PLAN), the sum of

Dollars ($100,000.00), together with interest thereon at the rate of 10 % per annum on the unpaid balance. Said sum shall be paid in the manner following:

PRINCIPLE AND INTEREST PAYABLE IN FULL ON 12/18/00

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within _____ days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of _____ % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgment of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

Signed in the presence of:                         CHILLICOTHE CORPORATION COMPANY
                                                   15 W 154 60TH ST
_____                          BULL RIDGE, IL 60521
Witness                                            RICHARD DEMPSEY, PRESIDENT
                                                   X __Richard Dempsey__-President
_____                          Borrower
Witness

                                                   _____
                                                   Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all moneys due under the aforesaid note and agree to remain bound until fully paid. CHILLICOTHE CONSTRUCTION COMPANY
                                                   15 W 154 60TH ST
In the presence of:                                BULL RIDGE, IL 60521
_____                          RICHARD DEMPSEY, PRESIDENT
Witness                                            X __Richard Dempsey__-President
                                                   Guarantor
_____
Witness                                            _____
                                                   Guarantor



© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z Legal Forms and the retailer make no representation or warranty, express or implied, with respect to the merchantability of this form for an intended use or purpose.
(Revised 1/93)



EXHIBIT K

Form A293

# PROMISSORY NOTE

$125,000=   Dated: JANUARY 2, 19 91

Principal Amount ONE HUNDRED AND TWENTY FIVE THOUSAND AND 00/100   State of ILLINOIS

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHALSA CORPORATION PROFIT SHARING PLAN (formerly HUNT FORT CORPORATION PROFIT-SHARING PLAN), the sum of

Dollars ($125,000 AND 00/100), together with interest thereon at the rate of 10 % per annum on the unpaid balance. Said sum shall be paid in the manner following:

PRINCIPAL AND INTEREST PAYABLE IN FULL ON 01/02/96

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within _____ days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of _____ % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

CHILLICOTHE CONSTRUCTION CO, INC
15 W 154 60TH ST
BURR RIDGE, IL 60521

Signed in the presence of:

_____   _____
Witness                      Borrower

_____   _____
Witness                      Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all monies due under the aforesaid note and agree to remain bound until fully paid.

In the presence of:

CHILLICOTHE CONSTRUCTION CO, INC
15 W 154 60TH ST
BURR RIDGE, IL 60521

_Bey McCuly_____   _Richard Dempsey - TREASURER_
Witness                      Borrower

_____   _____
Witness                      Borrower

© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z Legal Forms and the retailer make no representations or warranty, express or implied, with respect to the merchantability of this form for an intended use or purpose.

(Revised 3/93)




EXHIBIT L

Form A293

# PROMISSORY NOTE

$ 125,000

Dated: JANUARY 2, 1991

Principal Amount ONE HUNDRED TWENTY FIVE THOUSAND AND 00/100

State of ILLINOIS

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHALSA CORPORATION PROFIT SHARING PLAN ~~_____~~ (formerly HUNT FORT CORPORATION PROFIT SHARING PLAN) the sum of

Dollars ($ 125,000.00), together with interest thereon at the rate of 10 % per annum on the unpaid balance. Said sum shall be paid in the manner following:

PRINCIPLE AND INTEREST PAYABLE IN FULL ON JANUARY 2, 2001

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within _____ days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of _____ % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgment of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

Signed in the presence of:

_____ CHILLICOTHE CONSTRUCTION COMPANY
Witness                  15 W 154 60TH ST
                         BURR RIDGE, IL 60521
                         RICHARD DEMPSEY, PRESIDENT
_____  X Richard Dempsey - President
Witness                    Borrower

                         _____
                         Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all moneys due under the aforesaid note and agree to remain bound until fully paid: CHILLICOTHE CONSTRUCTION COMPANY
                                                                                                15 W 154 60TH ST
In the presence of:                                                                              BURR RIDGE, IL 60521
_____                                                                          RICHARD DEMPSEY, PRESIDENT
Witness                                                                                        X Richard Dempsey - President
                                                                                                  Guarantor

_____                                                                         _____
Witness                                                                                           Guarantor

© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z Legal Forms and the retailer make no representation or warranty, express or implied, with respect to the merchantability of this form for an intended use or purpose.
(Revised 1/95)



EXHIBIT M

#5

Form A293

# PROMISSORY NOTE

$500,000 AND 00/100     Dated:   MARCH 1, 1991

Principal Amount FIVE HUNDRED THOUSAND State of ILLINOIS
AND 00/100

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHALSA CORPORATION PROFIT SHARING PLAN
(~~formerly HENRION CORPORATION PROFIT SHARING PLAN~~), the sum of

Dollars ($ 500,000 AND 00/100     ), together with interest thereon at the rate of 10 %
per annum on the unpaid balance. Said sum shall be paid in the manner following:

PRINCIPAL AND INTEREST PAYABLE IN FULL ON 03/01/96

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within _____ days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of _____ % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

                              CHILLICOTHE CONSTRUCTION CO., INC
                              15 W 154 60TH ST.
Signed in the presence of:   BURR RIDGE, IL 60521

_____        _____
Witness                      Borrower

_____        _____
Witness                      Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all monies due under the aforesaid note and agree to remain bound until fully paid.

                              CHILLICOTHE CONSTRUCTION CO., INC
                              15 W 154 60TH ST.
In the presence of:           BURR RIDGE, IL 60521

_Sign McCoy_                 _Richard Dempsey - Treasurer_
Witness                      Borrower

_____        _____
Witness                      Borrower



© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z Legal Forms and the retailer make no representation or warranty, express or implied, with respect to the merchantability of this form for its intended use or purpose.

(Revised 3/93)



EXHIBIT N

Form A293

# PROMISSORY NOTE

$ 500,000 and 00/100              Dated: MARCH 1, 1991

Principal Amount FIVE HUNDRED
THOUSAND AND .00/100              State of ILLINOIS

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHALSA CORPORATION PROFIT SHARING PLAN (FORMERLY HUNTHORT CORPORATION PROFIT SHARING PLAN) ~~~~~~~~~~~~~~~~, the sum of

Dollars ($ 500,000 and 00/100), together with interest thereon at the rate of 10 % per annum on the unpaid balance. Said sum shall be paid in the manner following:

PRINCIPAL AND INTEREST PAYABLE IN FULL ON 03/01/2001

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within _____ days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of _____ % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgment of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

Signed in the presence of:                   CHILLICOTHE CONSTRUCTION, INC
                                              15 W 154 60TH ST
_____               BELL WOOD, IL  60521
Witness                                       X Richard Dempsey - President
                                              Borrower

_____               _____
Witness                                       Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all moneys due under the aforesaid note and agree to remain bound until fully paid.

In the presence of:                           CHILLICOTHE CONSTRUCTION CO., INC
                                              15 W 154 60D ST
_____               BELL WOOD, IL  60521
Witness                                       X Richard Dempsey - President
                                              Guarantor

_____               _____
Witness                                       Guarantor



© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z Legal Forms and the retailer make no representation or warranty, express or implied, with respect to the merchantability of this form for an intended use or purpose.
(Revised 1/85)



#6

Form A293

# PROMISSORY NOTE

$ 400,000 AND 00/100                Dated:   MAY 15 , 1992
Principal Amount FOUR HUNDRED THOUSAND State of ILLINOIS
AND 00/100

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of MIDWEST CORPORATION PROFIT SHARING PLAN
(FORMERLY MIDWEST CORPORATION PROFIT SHARING PLAN)
, the sum of
Dollars ($ 400,000 AND 00/100         ), together with interest thereon at the rate of        %
per annum on the unpaid balance. Said sum shall be paid in the manner following:

PRINCIPAL AND INTEREST PAYABLE IN FULL ON 05/15/97

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within            days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of        % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

Signed in the presence of:           CHILLICOTHE CONSTRUCTION CO, INC
                                     15 W 154 60TH ST
                                     BURR RIDGE, IL 60521

_____        _____
Witness                              Borrower

_____        _____
Witness                              Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all monies due under the aforesaid note and agree to remain bound until fully paid.

In the presence of:                  CHILLICOTHE CONSTRUCTION CO., INC.
                                     15 W 154 60TH ST.
                                     BURR RIDGE, IL 60521
_____        _____
Witness                              Borrower  Richard Dempsey, Treasurer

_____        _____
Witness                              Borrower



© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z Legal Forms and the retailer make no representation or warranty, express or implied, with respect to the merchantability of this form for an intended use or purpose.

[Revised 1/93]



EXHIBIT
P

A293

# PROMISSORY NOTE

$400,000 and 00/100                Dated: MAY 15, 1992

Principal Amount Four Hundred      State of ILLINOIS
Thousand and 00/100

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of KHALSA CORPORATION PROFIT SHARING PLAN (formerly Khalsa Corporation Profit Sharing Plan), the sum of Dollars ($400,000 and 00/100), together with interest thereon at the rate of 10 % per annum on the unpaid balance. Said sum shall be paid in the manner following:

Principal and Interest payable in full on 05/15/2002

All payments shall be first applied to interest and the balance to principal. This note may be prepaid, at any time, in whole or in part, without penalty. All prepayments shall be applied in reverse order of maturity.

This note shall at the option of any holder hereof be immediately due and payable upon the failure to make any payment due hereunder within _____ days of its due date.

In the event this note shall be in default, and placed with an attorney for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within five (5) days of due date shall be subject to a late charge of _____ % of said payment. All payments hereunder shall be made to such address as may from time to time be designated by any holder hereof.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound hereunder until this note shall be fully paid and waive demand, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, renewal, modification, waiver, or other indulgence by any holder or upon the discharge or release of any obligor hereunder or to this note, or upon the exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change of terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgment of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State first appearing at the head of this note. The undersigned hereby execute this note as principals and not as sureties.

Signed in the presence of:

_____     Chillicothe Construction Co Inc
Witness                     15 W 154 Lot St
                            Burr Ridge, IL 60521
_____     X _Richard Dempsey_ - President
Witness                     Borrower

                            _____
                            Borrower

## GUARANTY

We the undersigned jointly and severally guaranty the prompt and punctual payment of all moneys due under the aforesaid note and agree to remain bound until fully paid.

In the presence of:

_____     Chillicothe Construction Co Inc
Witness                     15 W 154 Lot St
                            Burr Ridge, IL 60521
_____     X _Richard Dempsey_ - President
Witness                     Guarantor

                            _____
                            Guarantor



© E-Z Legal Forms. Before you use this form, read it, fill in all blanks, and make whatever changes are necessary to your particular transaction. Consult a lawyer if you doubt the form's fitness for your purpose and use. E-Z Legal Forms and the retailer make no representation or warranty, express or implied, with respect to the merchantability of this form for an intended use or purpose.
(Revised 1/93)


EXHIBIT Q