# Missouri Secretary of State, Robin Carnahan

SOS Home :: Business Services :: Business Entity Search

**Search**
- By Business Name
- By Charter Number
- By Registered Agent
- For New Corporations
  Verify
- Verify Certification
  Annual Report
- File Online
  File Fictitious Name Registration
- File Online
- Renew Online
  File LLC Registration
- File Online
  Online Orders
- Register for Online Orders
- Order Good Standing
- Order Certified Documents

**Filed Documents**
Date: 7/2/2009 (Click above to view filed documents that are available.)

### Business Name History

| Name | Name Type |
|---|---|
| KHALSA CORPORATION | Legal |

### General Business - Domestic - Information

| | |
|---|---|
| Charter Number: | 00376709 |
| Status: | Good Standing |
| Entity Creation Date: | 2/8/1993 |
| State of Business.: | MO |
| Expiration Date: | Perpetual |
| Last Annual Report Filed Date: | 4/27/2009 |
| Last Annual Report Filed: | 2009 |
| Annual Report Month: | January |

### Registered Agent

| | |
|---|---|
| Agent Name: | WM. L. OTTEN |
| Office Address: | 410 SOVEREIGN CT, STE 10 MANCHESTER MO 63011 |
| Mailing Address: | |

EXHIBIT 3