## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In the matter of | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | Case No. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Debtors, | ) | JUDGE JACQUELINE P. COX |
| _____ | ) | |
| | ) | |
| GEORGE J. MCCARTHY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 09 A 489 |
| | ) | |
| RICHARD R. DEMPSEY, and | ) | |
| EILEEN M. DEMPSEY | ) | Hearing: Sept. 24, 2009 at 10:00 a.m. |
| Defendants. | ) | |

## ORDER

THIS MATTER CAME TO BE HEARD on the motion of Defendants Richard Ryan Dempsey and Eileen M. Dempsey to Dismiss Count II of Plaintiff's Adversary Complaint in Case No. 09 AP 00489, due notice having been given, and the Court being fully advised in the premises,

**IT IS ORDERED:**

Count II of Plaintiff's Complaint is hereby dismissed with prejudice.

Dated:                                                                  By the Court

 

_____
The Honorable Jacqueline P. Cox
Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.