UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JUDGE JACQUELINE P. COX**              Hearing Date September 22, 2009

Bankruptcy    08 B 33951                Adversary    09 A 489

Title of Case   George J McCarthy    v.    Richard R. Dempsey and Eileen M. Dempsey

Brief Statement of Motion:   Debtor's Motion to Dismiss Count II of Adversary

Names and Addresses of moving counsel

Representing

## ORDER

IT IS HEREBY ORDERED, Response to the motion is due on or before 10/27/09; Reply to the response is due on or before 11/16/09. Hearing on this motion is set for 11/18/09 at 10:30 a.m. before Judge Cox.

*Jacqueline P. Cox*

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE