# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: Richard R. Dempsey  
Eileen M. Dempsey ) Case No. 08B 33951  
Debtor(s). )  
)  
George J. McCarthy )  
Plaintiff, )  
)  
v. ) Adversary No. 09 A 489  
Richard R. Dempsey )  
Eileen M. Dempsey Defendant. )  

## SCHEDULING ORDER

This adversary proceeding/contested matter having come before the court for a scheduling conference, the parties having been given notice and opportunity to be heard, the court orders as follows:

(a) The parties are hereby ordered to comply with the initial disclosure requirements of Federal Rule of Civil Procedure 26 (a) (1) (as it applies in adversary proceedings) on or before __1-4-10__.

(b) All non-expert discovery must be completed on or before __3-30-10__
The Plaintiff shall disclose trial experts on or before __4-20-10__
Plaintiff's trial experts must be deposed on or before __5-11-10__. The Defendant's trial experts must be disclosed on or before __6-7-10__.
The Defendant's trial experts must be deposed on or before __7-9-10__.
~~The Plaintiff shall disclose rebuttal expert witnesses on or before_____.~~
~~Plaintiff's rebuttal expert witnesses shall be deposed on or before_____.~~
~~Plaintiff's rebuttal expert witnesses will be limited to contradicting or rebutting the Defendant's trial expert witnesses on the subject matter identified by Defendant's trial expert witnesses.~~ Any motion challenging the qualifications or proposed testimony of an expert witness must be made within **14 days** after the deposition of the expert.

(c) Motion(s) for summary judgment shall be filed by __6-7-10__.

(d) ~~A settlement conference will be held on _____ at _____, with Judge _____.~~

(e) The trial is set to commence on _____ at _____.
will be set at a later time.   → 8-26-10 at 1:00 pm AND 8-27-10 10 am

(f) Other: _____.

(g) A Final Pre-Trial hearing will be held on __8-4-10__ at __10:00 a.m__ in Courtroom **619**, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 619, Chicago, Illinois.

(h) This order shall not be modified except by leave of court for good cause shown.

Dated: 11/18/09

ENTER:

J. Cox / Jacqueline P. Cox
_____
Jacqueline P. Cox
**United States Bankruptcy Judge**