UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JUDGE JACQUELINE P. COX**   Hearing Date November 18, 2009

Bankruptcy  08 B 33951   Adversary  09 A 00489

Title of Case  Debtor's Motion to Dismiss Count II of Adversary

Brief Statement of Motion

Names and Addresses of moving counsel

Representing

**ORDER**

IT IS HEREBY ORDERED, Debtor's motion to dismiss Count II of Adversary Complaint is DENIED for the reasons stated in open court on the record.

*Jacqueline P. Cox*
*J. P. Cox*

UNITED STATES BANKRUPTCY JUDGE