IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | Case No. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
|    Debtors, | ) | JUDGE JACQUELINE P. COX |
| _____ | ) | |
| | ) | |
| GEORGE J. MCCARTHY, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 09 A 489 |
| | ) | |
| RICHARD R. DEMPSEY, and | ) | |
| EILEEN M. DEMPSEY | ) | |
| | ) | |
|    Defendants. | ) | |

**<u>NOTICE OF APPEAL</u>**

Richard Ryan Dempsey and Eileen M. Dempsey, the Debtors and Defendants in the

Adversary Proceeding, appeal under 28 U.S.C. § 158(a) from the order or decree of The

Honorable Judge Jacqueline P. Cox, Bankruptcy Judge, entered in this adversary proceeding on

the 18th day of November, 2009, denying Defendants' motion to dismiss Count II of the

adversary complaint for Plaintiff's lack of standing, as an individual, to bring an action under 11

U.S.C. § 523(a)(18), since Plaintiff is not a pension fund, or profit-sharing plan, or other entity

referred to in that section of the Bankruptcy Code.

The names of all parties to the order or decree appealed from and the names, addresses,

and telephone numbers of their respective attorneys are as follows:

Appellant:

Attorney Name: _____Forrest L. Ingram_____
_____Michael V. Ohlman_____
Attorney Firm:  _____Forrest L. Ingram P.C._____
Address:  _79 West Monroe Street, Suite 900_
____Chicago, Illinois  60603_____
Telephone:  _____(312)759-2838_____

Appellee:

Attorney Name: _____Thomas R. Stilp_____
_____John N. Bielski, II_____
Attorney Firm:  _____Messer & Stilp, Ltd._____
Address:  166 West Washington, Suite 300__
____Chicago, Illinois  60602_____
Telephone:  _____(312)334-3445_____

Dated: November 28, 2009

Signed: _____/s/ Forrest L. Ingram_____
Attorney for the Appellant