

**PURCHASE ORDER**
Nº 85661-7

DATE: 10-4-2007
SPOKE TO: GARY REICHART/greg
DELIVERY DATE: 10-9-2007, AT 6:30 A.M.
TERMS: NET 30 DAYS
SHIP VIA: SELLER'S OPTION

G AND G PEPPERS, LLC
P.O. BOX 290
ORESTES, IN 46063
(765)358-4519 X302 FAX: 4522

FREIGHT EXPENSES TO BE PAID BY: SELLER

| QNTITY ORDERED LBS. | CODE LBS. | DESCRIPTION | PRICE |
|---|---|---|---|
| 40,000 | 1225 FRSH | email: greichert@GGpeppers.com GREEN JALAPENO PEPPERS, DECAP-STEM AND CALYX OFF STOCK TO BE GOOD QUALITY, MATURE, FRESHLY PICKED, FREE FROM DEFECTS, SUCH AS: ROTTING, SHRIVELLING, DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | 37¢/LB |

KEEP TEMPERATURE AT 38°F TO 40°F

DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION.

PLANT: MONDAY THRU FRIDAY PH: 773/696-0150 FAX: 0151
CONTACT: SATURDAY AND SUNDAY 773/769-4636
CELLULAR 773/934-4636

ATTENTION SHIPPING:
THE LAST 2 CARDBOARD BINS/PALLETS MUST END UP AGAINST THE DOORS OF THE TRAILER AS A BARRIER. TO AVOID SHIFTING, ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL ANY GAP.

IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSIBLE FOR HALF THE EXCESS OVER 1%.

TO ENSURE THAT THIS ORDER WAS RECEIVED AND PROCESSED, PLEASE SIGN AND RETURN VIA FAX.

THANK YOU!

BILL & SHIP TO:
EBRO FOODS, INC.
1330 WEST 41ND STREET
CHICAGO, ILLINOIS 60609

FRIGHT CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.
REMARKS: SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL RICARDO AT 773/696-0150 OR FAX AT 0151

REC'D BY: _____   APPROVED BY: _____



| | | PURCHASE ORDER | | DATE 10-4-2007 |
|---|---|---|---|---|
| | | Nº 85663-7 | SPOKE TO: | GARY REICHART/GREG |

C: G AND G PEPPERS, LLC
P.O. BOX 298
ORESTES, IN 46063
(765) 358-4519 X302 FAX: 4522

DELIVERY DATE: 10-12-2007, AT 6:30 A.M.
TERMS: NET 30 DAYS
SHIP VIA: SELLER'S OPTION
FREIGHT EXPENSES TO BE PAID BY: SELLER

| QUANTITY ORDERED UNITS | LBS. | CODE | DESCRIPTION | PRICE |
|---|---|---|---|---|
| 40,000 | 1225 | FRSH | email: greichart@g&Gpeppers.com GREEN JALAPENO PEPPERS, DECAP-STEM AND CALYX OFF STOCK TO BE GOOD QUALITY, MATURE, FRESHLY PICKED, FREE FROM DEFECTS, SUCH AS: ROTTING, SHRIVELLING, DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | 37¢/LB |
| | | | KEEP TEMPERATURE AT 38°F TO 40°F | |
| | | | DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION. PLANT: MONDAY THRU FRIDAY PH: 773/696-0150 FAX: 0151 CONTACT: SATURDAY AND SUNDAY 773/769-4636 CELLULAR 773/934-4636 | |
| | | | ATTENTION SHIPPING: THE LAST 2 CARDBOARD BINS/PALLETS MUST END UP AGAINST THE DOORS OF THE TRAILER AS A BARRIER, TO AVOID SHIFTING, ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL ANY GAP. | |
| | | | IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSIBLE FOR HALF THE EXCESS OVER 1%. | |
| | | | TO ENSURE THAT THIS ORDER WAS RECEIVED AND PROCESSED, PLEASE SIGN AND RETURN VIA FAX. THANK YOU! | |
| | | | BILL & SHIP TO: EBRO FOODS, INC. 1330 WEST 43RD STREET CHICAGO, ILLINOIS 60609 | |

FREIGHT CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.
REMARKS: SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL RICARDO AT 773/696-0150 OR FAX AT 0151

ORDERED BY: _[signature]_   APPROVED BY: _[signature]_





**EL Ebro**

**PURCHASE ORDER** No. 85662-7

DATE: 10-4-2007

TO: G AND G PEPPERS, LLC
P.O. BOX 296
ORESTES, IN 46063
(765) 358-4519 X302 FAX: 4522

SPOKE TO: GARY REICHART/GREG
DELIVERY DATE: 10-10-2007, AT 6:30 A.M.
TERMS: NET 30 DAYS
SHIP VIA: SELLER'S OPTION
FREIGHT EXPENSES TO BE PAID BY: SELLER

| QUANTITY ORDERED UNITS | CODE LBS. | DESCRIPTION | PRICE |
|---|---|---|---|
| 40,000 | FRSH 1225 | email: greichart@g&gpeppers.com GREEN JALAPENO PEPPERS, DECAP-STEM AND CALYX OFF STOCK TO BE GOOD QUALITY, MATURE, FRESHLY-PICKED, FREE FROM DEFECTS, SUCH AS: ROTTING, SHRIVELLING, DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | 37¢/L |

KEEP TEMPERATURE AT 38°F TO 40°F
DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION.
PLANT: MONDAY THRU FRIDAY PH: 773/696-0150 FAX: 0151
CONTACT: SATURDAY AND SUNDAY 773/769-4636
CELLULAR 773/934-4636

ATTENTION SHIPPING:
THE LAST 2 CARDBOARD BINS/PALLETS MUST END UP AGAINST THE DOORS OF THE TRAILER AS A BARRIER, TO AVOID SHIFTING, ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL ANY GAP.

IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSIBLE FOR HALF THE EXCESS OVER 1%.

TO ENSURE THAT THIS ORDER WAS RECEIVED AND PROCESSED, PLEASE SIGN AND RETURN VIA FAX.

THANK YOU!

BILL & SHIP TO:
EBRO FOODS, INC.
1330 WEST 43RD STREET
CHICAGO, ILLINOIS 60609

FREIGHT CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.
REMARKS: SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL RICARDO AT 773/696-0150 OR FAX AT 0151

ORDERED BY: _(signature)_   APPROVED BY: _(signature)_

2nd

00117
00215 no

# EL Ebro

**PURCHASE ORDER**
Nº 85609-7

**DATE** 9-26-2007
**SPOKE TO:** GARY REICHART/GREG
**DELIVERY DATE** 10-3-2007, AT 6:30 A.M.
**TERMS:** NET 30 DAYS
**SHIP VIA:** SELLER'S OPTION

G AND G PEPPERS, LLC
P.O. BOX 298
ORESTES, IN 46063
(765) 358-4519 X302 FAX: 4522

**FREIGHT EXPENSES TO BE PAID BY:** SELLER

| QUANTITY ORDERED UNITS LBS. | CODE FRSH | DESCRIPTION | PRICE |
|---|---|---|---|
| 40,000 | 1225 | email: greichart@gGpeppers.com GREEN JALAPENO PEPPERS, DECAP-STEM AND CALYX OFF STOCK TO BE GOOD QUALITY, MATURE, FRESHLY PICKED, FREE FROM DEFECTS SUCH AS: ROTTING, SHRIVELLING, DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | 37¢/LB |
| | | KEEP TEMPERATURE AT 38°F TO 40°F | |
| | | DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION. PLANT: MONDAY THRU FRIDAY PH: 773/696-0150 FAX: 0151 CONTACT: SATURDAY AND SUNDAY 773/769-4636 CELLULAR 773/934-4636 | |
| | | ATTENTION SHIPPING: THE LAST 2 CARDBOARD BINS/PALLETS MUST END UP AGAINST THE DOORS OF THE TRAILER AS A BARRIER, TO AVOID SHIFTING, ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL ANY GAP. | |
| | | IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSIBLE FOR HALF THE EXCESS OVER 1%. | |
| | | TO ENSURE THAT THIS ORDER WAS RECEIVED AND PROCESSED, PLEASE SIGN AND RETURN VIA FAX. THANK YOU! | |
| | | BILL & SHIP TO: EBRO FOODS, INC. 1330 WEST 43RD STREET CHICAGO, ILLINOIS 60609 | |

FREIGHT CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.
REMARKS: SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL RICARDO AT 773/696-0150 OR FAX AT 0151

ORDERED BY: _____ APPROVED BY: _____

**EL Ebro**

| | | |
|---|---|---|
| PURCHASE ORDER N? **85084** | DATE | 9-28-2006 |
| | SPOKE TO: | GARY REICHART |

TO: G AND G PEPPERS, LLC
P.O. BOX 298
ORESTES, IN 46063
(765) 358-4519 X302 FAX: 4522

DELIVERY DATE: 10-3-2006, AT 6:30 A.M.
TERMS: NET 30 DAYS
SHIP VIA: SELLER'S OPTION
FREIGHT EXPENSES TO BE PAID BY: SELLER

| QUANTITY ORDERED UNITS / LBS. | CODE FRSH | DESCRIPTION | PRICE |
|---|---|---|---|
| ~~40,400~~ 38,400 | 1.225 | email: greichart@gGpeppers.com<br>GREEN JALAPENO PEPPERS, DECAP-STEM AND CALYX OFF<br>STOCK TO BE GOOD QUALITY, MATURE, FRESHLY PICKED,<br>FREE FROM DEFECTS, SUCH AS: ROTTING, SHRIVELLING,<br>DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | .32¢/LB |
| | | KEEP TEMPERATURE AT 36°F TO 40°F | |
| | | DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION.<br>PLANT: MONDAY THRU FRIDAY PH: 773/696-0150 FAX: 0151<br>CONTACT: SATURDAY AND SUNDAY 773/769-4636<br>CELLULAR 773/934-4636 | |
| | | ATTENTION SHIPPING:<br>THE LAST 2 CARDBOARD BINS/PALLETS MUST END UP AGAINST<br>THE DOORS OF THE TRAILER AS A BARRIER, TO AVOID SHIFT-<br>ING, ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL<br>ANY GAP. | |
| | | IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSI-<br>BLE FOR HALF THE EXCESS OVER 1%. | |
| | | TO ENSURE THAT THIS ORDER WAS RECEIVED AND<br>PROCESSED, PLEASE SIGN AND RETURN VIA FAX.<br>THANK YOU! | |
| | | BILL & SHIP TO:<br>EBRO FOODS, INC.<br>1330 WEST 43RD STREET<br>CHICAGO, ILLINOIS 60609 | |

FREIGHT CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.
REMARKS: SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE
CALL RICARDO AT 773/696-0150 OR FAX AT 0151

ORDERED BY: _[signature]_       APPROVED BY: _[signature]_
                                RICARDO C. [illegible]



**EL Ebro**

**PURCHASE ORDER**
**N° 85060**

DATE: 9-25-2006
SPOKE TO: GARY REICHART
DELIVERY DATE: 9-28-06, AT 6:30 PM
TERMS: NET 30 DAYS
SHIP VIA: SELLER'S OPTION

TO: G & G PEPPERS, LLC.
P.O. BOX 296
ORESTES, INDIANA 46063
765/358-4519 X 302  FAX: 4522

FREIGHT EXPENSES TO BE PAID BY: SELLER

| QUANTITY ORDERED UNITS | LBS. | CODE PROD | DESCRIPTION | PRICE |
|---|---|---|---|---|
| | 40,000 | 1225 | GREEN JALAPENO PEPPERS, DECAP-STEM AND CALYX OFF STOCK TO BE GOOD QUALITY, MATURE, FRESHLY PICKED, FREE FROM DEFECTS, SUCH AS: ROTTING, SHRIVELLING, DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | 32¢/LB |
| | | | KEEP TEMPERATURE AT 38°F TO 40°F | |
| | | | DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION. | |
| | | | PLANT: MONDAY THRU FRIDAY PH: 773/696-0150 FAX: 0151 CONTACT: SATURDAY AND SUNDAY 773/769-4636 CELLULAR 773/934-4636 | |
| | | | ATTENTION SHIPPING: THE LAST 2 CARDBOARD BINS/PALLETS MUST END-UP AGAINST THE DOORS OF THE TRAILER AS A BARRIER, TO AVOID SHIFTING, ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL ANY GAP. | |
| | | | IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSIBLE FOR HALF THE EXCESS OVER 1%. | |
| | | | TO ENSURE THAT THIS ORDER WAS RECEIVED AND PROCESSED, PLEASE SIGN AND RETURN VIA FAX. | |
| | | | THANK YOU! | |
| | | | BILL & SHIP TO: EBRO FOODS, INC. 1330 WEST 43RD STREET CHICAGO, ILLINOIS 60609 | |

FREIGHT CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.
REMARKS: SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL RICARDO AT 773/696-0150 OR FAX AT 0151

ORDERED BY: _____     APPROVED BY: _____
                                                                    RICARDO O. FERNANDEZ

05/20/2006 TUE 11:51 FAX　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　@001/001

Item #

W 1000



# EL Ebro

**PURCHASE ORDER** **N°** **85029**

TO: G AND G PEPPERS, LLC
P.O. BOX 298
ORESTES, IN 46063
(765) 338-4919 X302 FAX: 4522

DATE 9-15-2006
SPOKE TO: GARY REICHART
DELIVERY DATE 9-19-2006 AT 6:30 A.M.
TERMS: NET 30 DAYS
SHIP VIA: SELLER'S OPTION

FREIGHT EXPENSES TO BE PAID BY: SELLER ☒

| QUANTITY ORDERED UNITS | LBS. | CODE PMB | DESCRIPTION | PRICE |
|---|---|---|---|---|
| ES | 40,000 | 1225 | email: greichart@g&gpeppers.com GREEN JALAPENO PEPPERS, DECAP-STEM AND CALYX OFF STOCK TO BE GOOD QUALITY, MATURE, FRESHLY PICKED, FREE FROM DEFECTS, SUCH AS: ROTTING, SHRIVELLING, DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | 37¢/LB |
| | | | KEEP TEMPERATURE AT 38°F TO 40°F | |
| | | | DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION. | |
| | | | PLANT: MONDAY THRU FRIDAY PH- 773/696-0150 FAX: 0151 CONTACT: SATURDAY AND SUNDAY 773/769-4636 CELLULAR 773/934-4636 | |
| | | | ATTENTION SHIPPING: THE LAST 2 CARDBOARD BINS/PALLETS MUST END UP AGAINST THE DOORS OF THE TRAILER AS A BARRIER, TO AVOID SHIFTING, ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL ANY GAP. | |
| | | | IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSIBLE FOR HALF THE EXCESS OVER 1%. | |
| | | | TO ENSURE THAT THIS ORDER WAS RECEIVED AND PROCESSED, PLEASE SIGN AND RETURN VIA FAX. THANK YOU! | |

BILL & SHIP TO:
EBRO FOODS, INC.
1330 WEST 43RD STREET
CHICAGO, ILLINOIS 60609

FREIGHT CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.
REMARKS: SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL RICARDO AT 773/696-0150 OR FAX AT 0151

ORDERED BY: _____　　APPROVED BY: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　RICARDO O. FERNANDEZ

# G and G Peppers, LLC

P.O. Box 298  
Orestes, IN 46063

12245 N. CR 450 W.  
Gaston, IN 47342

RECEIVED OCT 0 4 2007

# Invoice

Customer No.: **EBRO FOODS**

Invoice No.: **2521**

**Bill To:**

Ebro Foods, Inc.  
1330 W. 43rd St.  
ATTN: ACCT/ PAYABLE  
Chicago, IL 60609

**Ship To:**

Ebro Foods, Inc.  
1330 West 43rd Street  
Chicago, IL 60609

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/02/07 | SEE PICK TICKET | Origin | PACA "terms" |

| Purchase Order Number | Our Order Number |
|---|---|
| 85609-7-REVISE | 271 |

| Quantity Required | Shipped | Description | Unit Price | Amount |
|---|---|---|---|---|
| 39400 | 39400 | Fresh Whole Green Jalapeno Peppers, Decap-Stem & Calyx 48-800# totes on 24 pallets | 0.37 | 14208.00 |
| | | Stock to be good quality, mature, freshly picked, free from defects, such as: | | |
| | | rotting, shrivelling, discoloring, stones, foreign materials, etc. | | |
| | | Keep temperature at 36-40 Driver must call every day to report status/location. | | |
| | | ATTN: SHIPPING: The last 2 cardboard bins/ pallets must end up against | | |
| | | the doors of the trailer as a barrier, to avoid shifting locking bars, or pallets can | | |
| | | be used to fill any gaps. In transit shrinkage limit to 1%, shipper responsible | | |
| | | for half the excess over 1%. | | |
| | | Thank you for your order! | | |

Invoice subtotal     14208.00

Invoice total     14208.00

# G and G Peppers, LLC

P.O. Box 296  
Orestes, IN 46063

12245 N. CR 450 W.  
Gaston, IN 47342

**RECEIVED OCT 11 2007**

# Invoice

Customer No.: EBRO FOODS

Invoice No.: 898061

**Bill To:**

Ebro Foods, Inc.  
1330 W. 43rd St.  
ATTN: ACCT/ PAYABLE  
Chicago, IL 60609

**Ship To:**

Ebro Foods, Inc.  
1330 West 43rd Street  
Chicago, IL 60609

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/08/07 | SEE PICK TICKET | Origin | PACA "terms" |

| Purchase Order Number | Our Order Number |
|---|---|
| 85651-7-REVISE | 291 |

| Quantity Required | Quantity Shipped | Description | Unit Price | Amount |
|---|---|---|---|---|
| 38400 | 38400 | Fresh Whole Green Jalapeno Peppers, Decap-Stem & Calyx 48-800# totes on 24 pallets | 0.37 | 14208.00 |

Stock to be good quality, mature, freshly picked free from defects such as:

Rotting, shrivelling, discoloring, stones, foreign materials, etc.

Keep temperature at 38-40 F Driver must call every day to report status/location.

PlantM-F 773-696-0130  
S/S 773-769-4630  
Cell 773-934-4630

Shipping: last 2 cardboard bins/pallets must end up against doors of trailer

as a barrier, to avoid shift also locking bars or pallets can be used to fill gaps.

In transit shrinkage limit to 1%, shipper responsible for half the excess over 1%.

Thank you for your order!

| | |
|---|---|
| Invoice subtotal | 14208.00 |
| Invoice total | 14208.00 |

03/07/2008 10:07 FAX 002/004

# Invoice

G and G Peppers, LLC
P.O. Box 298
Oriste, IN 46063

12245 N. CR 450 W.
Gaston, IN 47342

**COPY**

Customer No.: EBRO FOODS

Invoice No.: 194070

**Bill To:**
Ebro Foods, Inc.
1830 W. 43rd St.
ATTN: ACCT/PAYABLE
Chicago, IL 60609

**Ship To:**
Ebro Foods, Inc.
1830 West 43rd Street
Chicago, IL 60609

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/10/07 | SEE PICK TICKET | Origin | PACA terms |

| Purchase Order Number | Our Order Number |
|---|---|
| 85089-7 Revise | |

| Quantity | | Description | Unit Price | Amount |
|---|---|---|---|---|
| Received | Shipped | | | |
| 39200 | 39200 | Fresh Whole Green Jalapeno Peppers, Decap-Stem & Calyx 49-800# totes on 25 pallets | 0.37 | 14504.00 |

Stock to be good quality, mature, freshly picked, free from defects, such as:

rotting, shriveling, discoloring, stones, foreign materials, etc.

Keep temperature at 38-40 F
Driver must call every day to report status/location.

Phone:M-F 773-696-0150
A/S 773-709-4636
Cell 773-991-4636

Shipping: last 2 cardboard bins/pallets must end up against doors of trailer.

as a barrier, to avoid shift also locking bars or pallets can be used to fill gaps.

In transit shrinkage limit to 1%, shipper responsible for half excess over 1%

Thank you for your order!

Invoice subtotal 14504.00
Invoice total 14504.00

**G and G Peppers, LLC**
P.O. Box 296           12245 N. CR 450 W.
Orestes, IN 46063      Gaston, IN 47342
Phone 765-356-4619     Fax 765-356-4622

# Invoice

RECEIVED OCT 1 1 2006

00894

Customer No.: EBRO FOODS
Invoice No.: 2513

Bill To:
Ebro Foods, Inc.
1330 W. 43rd St.
ATTN: ACCT./PAYABLE
Chicago, IL 60609

Ship To:
Ebro Foods, Inc.
1330 West 43rd Street
Chicago, IL 60609

| Date | Ship Via | F.O.B. |
|---|---|---|
| 10/04/06 | Seller's Option | Origin |

| Purchase Order Number | Our Order Number |
|---|---|
| 85113 | 73 |

| Quantity Required | Quantity Shipped | Description | Unit Price | Amount |
|---|---|---|---|---|
| 38400 | 38400 | Fresh Whole Green Jalapeno Peppers, Decap-Stem & Calyx 48-800# boxes on 24 pallets | 0.32 | 12288.00 |

Stock to be good quality, mature, freshly picked, free from defects, such as:

Rotting, shriveling, discoloring, stones, foreign materials, etc.

Keep temperature at 38-40 degrees.

Drivers must call every day to report status/location.

Plant: Mon.-Fri.
Ph. 773-696-0150
fax 773-696-0151

Contact Sat/Sun 773-709-4636
cell 773-934-4636

SHIPPING: The last 2 cardboard bins/pallets must end up against the doors of

the trailer as a barrier, to avoid shifting, also locking bars or pallets.

can be used to fill any gap. In transit shrinkage limit to 1%, shipper responsible for half the excess over 1%.



Invoice subtotal        12288.00

Invoice total           12288.00