IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | Case No. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
|    Debtors, | ) | JUDGE JACQUELINE P. COX |
| _____ | ) | |
| | ) | |
| GEORGE J. MCCARTHY, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 09 A 489 |
| | ) | |
| RICHARD R. DEMPSEY, and | ) | |
| EILEEN M. DEMPSEY | ) | |
| | ) | |
|    Defendants. | ) | |

**DEBTOR'S RULE 8006 DESIGNATION OF**
**THE CONTENT OF THE RECORD ON APPEAL**

NOW COMES the Debtors, RICHARD R. DEMPSEY AND EILEEN M. DEMPSEY, by and through their counsel, Forrest L. Ingram P.C., and for their designation of the content of the record on appeal pursuant to Fed. R. Bankr. P. 8006 states as follows:

DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL

The record on appeal shall consist of the following documents:

1. Docket Number 1, Complaint filed in Adversary No 09 A 489, including the following exhibits:

    a. Exhibit A, Statement of Financial Affairs Case Number 08 B 33951;

    b. Exhibit B, Schedule I – Current Income of Individual Debtors Case Number 08 B 33951;

 c. Exhibit C, Fed. R. Bankr. P. 2004 Deposition of Richard R. Dempsey, Dated May 7, 2009;

 d. Exhibit D, Settlement Statement from Attorney's Guaranteed Fund;

 e. Exhibit E, Schedule C – Property Claimed as Exempt – Amended, Case Number 08 B 33951;

 f. Exhibit F, Promissory Note Dated August 12, 1990;

 g. Exhibit G, Promissory Note Dated August 12, 1990;

 h. Exhibit H, Promissory Note Dated August 24, 1990;

 i. Exhibit I, Promissory Note Dated August 24, 1990;

 j. Exhibit J, Promissory Note Dated December 19, 1990;

 k. Exhibit K, Promissory Note Dated December 19, 1990;

 l. Exhibit L, Promissory Note Dated January 2, 1991;

 m. Exhibit M, Promissory Note Dated January 2, 1991;

 n. Exhibit N, Promissory Note Dated March 1, 1991;

 o. Exhibit O, Promissory Note Dated March 1, 1991;

 p. Exhibit P, Promissory Note Dated May 15, 1992;

 q. Exhibit Q, Promissory Note Dated May 15, 1992;

 r. Exhibit R, Judgment Order in Case Number 00 L 933, DuPage County, Illinois;

2. Docket Number 7, Answer to the Adversary Complaint, including the following exhibit;

 a. Exhibit A, Notice of Special Meeting of the Board of Directors The Demhoff Corporation, January 5, 2004;

3. Docket Number 9, Dempsey's Affirmative Defenses to Adversary Complaint, including the following exhibits;

    a. Group Exhibit 1, Promissory Notes;

    b. Group Exhibit 2, Promissory Notes ;

    c. Exhibit 3, Secretary of State Business Name History for Khalsa;

    d. Group Exhibit 4, Order and Assignment of Judgment in matter captioned, In re: Estate of Geraldine M. McCarthy: Eileen Dempsey v. George McCarthy 03 CP23 05929;

4. Docket Number 11, Dempsey's Motion to Dismiss Certain Counts of the Adversary Proceeding;

5. Docket Number 15, Court's Scheduling Order on Motion to Dismiss Certain Counts of the Adversary Proceeding, dated September 22, 2009;

6. Docket Number 16, McCarthy's Response to Motion to Dismiss Certain Counts of the Adversary Proceeding;

    a. Exhibit A, Order in Case Number 00 L 933, DuPage County, Illinois;

    b. Exhibit B, Defendant's Third Affirmative Defense in Case Number 00 L 933, DuPage County, Illinois;

7. Docket Number 17, Dempsey's Reply to the Motion to Dismiss Certain Counts of the Adversary Proceeding;

    a. Exhibit A, Amended Schedule F – Creditors Holding Unsecured Nonpriority Claims, Case Number 08 B 33951;

    b. Exhibit B, Defendants Affirmative Defenses in Adversary 09 A 489

8. Docket Number 22, the Court's Order on Motion Dismiss Adversary Proceeding dated November 18, 2009;

9. A Transcript of Proceedings before the Honorable Judge Jacqueline P. Cox on November 18, 2009.

10. Docket Number 23, Notice of Appeal;

11. Docket Number 26, Certification to Court of Appeals

12. Docket Number 28, Amended Notice of Appeal and Motion for Leave to Appeal

                    RICHARD R. DEMPSEY and
                    EILEEN M. DEMPSEY

BY:   /s/ Forrest L. Ingram
       One of their attorneys

Forrest L. Ingram #3120932
Michael V. Ohlman #6294512
FORREST L. INGRAM P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838