IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | Case No. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Debtors, | ) | JUDGE JACQUELINE P. COX |
| _____ | ) | |
| | ) | |
| GEORGE J. MCCARTHY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 09 A 489 |
| | ) | |
| RICHARD R. DEMPSEY, and | ) | |
| EILEEN M. DEMPSEY | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE FILING

To: See attached service list.

PLEASE TAKE NOTICE that on December 9, 2009, Richard Ryan Dempsey and Eileen M.

Dempsey, the Debtor and Defendant in the Adversary Proceeding, filed with the United States

Bankruptcy Court for the Northern District of Illinois, Eastern Division, the following document:

**NOTICE OF DEBTOR'S RULE 8006 DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL**

**DEBTOR'S RULE 8006 STATEMENT OF THE ISSUES ON APPEAL**

Dated: December 9, 2009

                                          Signed: _____/s/ Forrest L. Ingram_____
                                                     Attorney for the Appellant

    Forrest L. Ingram
    Michael V. Ohlman
    FORREST L. INGRAM P.C.
    79 West Monroe, Suite 900
    Chicago, Illinois 60603
    (312)759-2838

## CERTIFICATE OF SERVICE

      I, Forrest L. Ingram, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached service list by electronic case filing on December 9, 2009.

                                                        /s/ Forrest L. Ingram

## SERVICE LIST

**By US Mail:**

Richard Dempsey

**By ECF Notice:**

Thomas R. Stilp
Messer & Stilp, Ltd.
166 West Washington, Suite 300
Chicago, IL 60602
stilp@messerstilp.com