

**EL EBRO.**
EBRO FOODS, INC.

**PURCHASE ORDER**
**PURCHASE ORDER**
N° 85661-7

DATE    10-6-2007
DATE    10-4-2007
SPOKE TO:    GARY REICHART/greg
DELIVERY DATE: 10-8-2007/ AT 6:30 A.M.
TERMS:    NET 30 DAYS
TERMS:    NET 30 DAYS
SHIP VIA:    SELLER'S OPTION

C:    S AND G
F G AND G PEPPERS, LLC
P.O. BOX 290
ORESTES, IN 46063
(765) 358-4519 X302 FAX: 4522

FREIGHT EXPENSES TO BE PAID BY:    SELLER

| NTITY ORDERED LBS. | CODE FRSH | DESCRIPTION | PRICE |
|---|---|---|---|
| 40,000 | 1225 | email: greichart@gtGpeppers.com GREEN JALAPENO PEPPERS, DECAP-STEM AND CALYX OFF STOCK TO BE GOOD QUALITY, MATURE, FRESHLY-PICKED, FREE FROM DEFECTS, SUCH AS: ROTTING, SHRIVELLING, DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | 37¢/LB |
| | | KEEP TEMPERATURE AT 36°F TO 40°F | |
| | | DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION: PLANT: MONDAY THRU FRIDAY PH: 773/696-0150 FAX: 0151 CONTACT: SATURDAY AND SUNDAY 773/769-4636 CELLULAR 773/934-4636 | |
| | | ATTENTION SHIPPING: THE LAST 2 CARDBOARD BINS/PALLETS MUST END-UP AGAINST THE DOORS OF THE TRAILER AS A BARRIER, TO AVOID SHIFT ING, ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL ANY GAP. | |
| | | IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSI BLE FOR HALF THE EXCESS OVER 1%. | |
| | | TO ENSURE THAT THIS ORDER WAS RECEIVED AND PROCESSED, PLEASE SIGN AND RETURN VIA FAX. | |
| | | THANK YOU! | |
| | | BILL & SHIP TO: EBRO FOODS, INC. 1330 WEST 43RD STREET CHICAGO, ILLINOIS 60609 | |

FREIGHT CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.

REMARKS:    SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION PLEASE
CALL RICARDO AT 773/696-0150 OR FAX AT 0151

ORDERED BY: _____

APPROVED BY: _____

EBRO 001

EXHIBIT **A**