*2nd pg*

00117
00218

# El Ebro
EBRO FOODS, INC.
1330 SOUTH WATER MARKET
CHICAGO, IL • CINCINNATI, OH

**PURCHASE ORDER**
Nº 85609-7

TO: G AND G PEPPERS, LLC
P.O. BOX 296
ORESTES, IN 46063
(765) 358-4519 X302 FAX: 4522

DATE: 9-26-2007
SPOKE TO: GARY REICHART / GREG
DELIVERY DATE: 10-3-2007, AT 6:30 A.M.
TERMS: NET 30 DAYS
SHIP VIA: SELLER'S OPTION
FREIGHT EXPENSES TO BE PAID BY: SELLER

| QUANTITY ORDERED UNITS / LBS. | CODE FRSH | DESCRIPTION | PRICE |
|---|---|---|---|
| 40,000 | 1225 | email: greichart@GGpeppers.com<br>GREEN JALAPEÑO PEPPERS, DECAP-STEM AND CALYX OFF STOCK TO BE GOOD QUALITY, MATURE, FRESHLY PICKED, FREE FROM DEFECTS, SUCH AS: ROTTING, SHRIVELLING, DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | 37¢/LB |
| | | KEEP TEMPERATURE AT 38°F TO 40°F | |
| | | DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION.<br>PLANT: MONDAY THRU FRIDAY PH.: 773/696-0150 FAX: 0151<br>CONTACT: SATURDAY AND SUNDAY 773/769-4636<br>CELLULAR 773/934-4636 | |
| | | ATTENTION SHIPPING:<br>THE LAST 2 CARDBOARD BINS/PALLETS MUST END UP AGAINST THE DOORS OF THE TRAILER AS A BARRIER, TO AVOID SHIFTING, ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL ANY GAP. | |
| | | IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSIBLE FOR HALF THE EXCESS OVER 1%. | |
| | | TO ENSURE THAT THIS ORDER WAS RECEIVED AND PROCESSED, PLEASE SIGN AND RETURN VIA FAX.<br>THANK YOU! | |
| | | BILL & SHIP TO:<br>EBRO FOODS, INC.<br>1330 WEST 43RD STREET<br>CHICAGO, ILLINOIS 60609 | |

ANY CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.
SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL RICARDO AT 773/696-0150 OR FAX AT 0151

RECD BY: *[signature]*     APPROVED BY: ___

EBRO 004
**EXHIBIT C**