IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re matter of | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | NO. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Debtors, | ) | JUDGE JACQUELINE P. COX |
| | ) | |
| GEORGE J. MCCARTHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 09 A 489 |
| | ) | |
| RICHARD M. DEMPSEY, and | ) | |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ROUTINE MOTION

To:   See attached service list

PLEASE TAKE NOTICE that on March 4, 2010 at 9:30 a.m., the undersigned counsel will appear before the Honorable Jacqueline P. Cox, or any judge in her stead, in Courtroom 619 in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, to present George J. McCarthy's Routine Motion to Dismiss Count II of Adversary Complaint, at which time and place you may appear as you see fit to do.

Respectfully Submitted,

for George J. McCarthy

By:   /s/ Thomas R. Stilp
Thomas R. Stilp ( #06198439)
John N. Bielski II (#6242527)
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-3445
(312) 334-3434 (Fax)
bielski@messerstilp.com
stilp@messerstilp.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Motion was sent via facsimile and electronically filed with the Clerk of the Bankruptcy Court of the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to the following participants on the date indicated below:

>Forrest L. Ingram, fingram@fingramlaw.com
>Richard M. Fogel, Trustee, rfogel@shawgussis.com

DATE: February 26, 2010

>Respectfully Submitted,
>
>for the Plaintiffs

By: /s/ Thomas R. Stilp
Thomas R. Stilp ( #06198439)
John N. Bielski II (#6242527)
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3434 (Fax)
stilp@messerstilp.com
bielski@messerstilp.com

3