IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In Re: Richard Ryan Dempsey and Eileen M Dempsey | ) ) ) |
| Debtor | ) Bankruptcy Case No. 08 B 33951 |
|  | ) |
| George J McCarthy | ) |
| Plaintiff | ) Chapter 7 |
| v. | ) |
|  | ) Adversary Case No. 09 A 00489 |
| Richard M Dempsey and Eileen M Dempsey |  |
| Defendants | Judge Jacqueline P. Cox |

ORDER ON MOTION TO DISMISS COUNT II

**IT IS HEREBY ORDERED:** The Court DENIES the Motion to Dismiss Count II, finding that because this Court's order regarding Count II is on appeal, jurisdiction as to Count II no longer lies in the Bankruptcy Court.

Date March 4, 2010

ENTERED:

_____
Jacqueline P. Cox
United States Bankruptcy Judge