IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re matter of | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | NO. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Debtors, | ) | JUDGE JACQUELINE P. COX |
| | ) | |
| _____ | ) | |
| GEORGE J. MCCARTHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 09 A 489 |
| | ) | |
| RICHARD M. DEMPSEY, and | ) | |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE
## ANSWER TO AFFIRMATIVE DEFENSES

NOW COMES GEORGE J. MCCARTHY, by and through his attorneys, Messer & Stilp, Ltd., and for his Motion for Leave to File his Answer to Affirmative Defenses, *Instanter*, states as follows:

1. Defendants filed Affirmative Defenses to Plaintiff's Adversary Complaint.

2. Plaintiff has not filed his answer to the Affirmative Defenses.

3. Plaintiff was prepared to ask this Court for leave to file his answer, but this matter was stayed pending resolution of the appeal to the District Court.

4. Defendants' appeal was denied, and this Court now has jurisdiction over this matter.

5. There is no objection by Defendants to Plaintiff filing his answer to the Affirmative Defenses.

WHEREFORE, the Plaintiff GEROGE J. MCCARTHY, prays for leave to file his answer to Affirmative Defenses, *Instanter*, and for any other relief this Honorable Court deems proper..

        Respectfully submitted,

        GEORGE J. MCCARTHY

By:    /s/ Thomas R. Stilp

Thomas R. Stilp ( #06198439)
John N. Bielski II (#6242527)
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-3445
(312) 334-3434 (Fax)
bielski@messerstilp.com
stilp@messerstilp.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re matter of | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | NO. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Debtors, | ) | JUDGE JACQUELINE P. COX |
| | ) | |
| _____ | ) | |
| GEORGE J. MCCARTHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 09 A 489 |
| | ) | |
| RICHARD M. DEMPSEY, and | ) | |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING LEAVE TO FILE
ANSWER TO AFFIRMATIVE DEFENSES**

THIS MATTER coming before the Court, the Court being duly advised and fully informed,

IT IS HEREBY ORDERED:

Plaintiff is granted leave to file his Answer to Affirmative Defenses, *Instanter*.

DATED:

ENTER:

_____
U.S. BANKRUPTCY JUDGE

Order prepared by:

John N. Bielski II (#6242527)
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-3445