IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re matter of | ) | CHAPTER 7 |
| | ) | |
| RICHARD RYAN DEMPSEY and | ) | NO. 08 B 33951 |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Debtors, | ) | JUDGE JACQUELINE P. COX |
| | ) | |
| ———————————— | ) | |
| GEORGE J. MCCARTHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 09 A 489 |
| | ) | |
| RICHARD M. DEMPSEY, and | ) | |
| EILEEN M. DEMPSEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING LEAVE TO FILE
## ANSWER TO AFFIRMATIVE DEFENSES

THIS MATTER coming before the Court, the Court being duly advised and fully informed,

IT IS HEREBY ORDERED:

Plaintiff is granted leave to file his Answer to Affirmative Defenses, *Instanter*.

DATED:

ENTER:

*Jacqueline P. Cox*

*J. Cox*
_____
U.S. BANKRUPTCY JUDGE

4\15\10

Order prepared by:

John N. Bielski II (#6242527)
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-3445