IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**            CASE NO. 09-10104

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __August__, 20__09__

BEGINNING BALANCE IN ALL ACCOUNTS         $ 16,422.11

RECEIPTS:
1. Receipts from operations RENT         $ 24921.42
2. Other Receipts                        $ _____

DISBURSEMENTS:
3. Net payroll:
   a. Officers                           $ —
   b. Others                             $ —

4. Taxes
   a. Federal Income Taxes               $ —
   b. FICA withholdings                  $ —
   c. Employee's withholdings            $ —
   d. Employer's FICA                    $ —
   e. Federal Unemployment Taxes         $ —
   f. State Income Tax                   $ —
   g. State Employee withholdings        $ —
   h. All other state taxes              $ —

5. Necessary expenses:
   a. Rent or mortgage payments(s)       $ 19630.18
   b. Utilities                          $ _____
   c. Insurance                          $ _____
   d. Merchandise bought for
        manufacture or sale              $ _____
   e. Other necessary expenses
        (specify)                        $ _____
                                         $ _____

TOTAL DISBURSEMENTS                      $ 19630.18

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 5291.24

ENDING BALANCE IN __B of A__                          $ 1988.38
                  (Name of Bank)
ENDING BALANCE IN __Shore Bank__                      $ 19683.14
                  (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS                        $ 21671.52

Operating Report                    Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**         CASE NO. **09-10104**

## RECEIPTS LISTING

FOR MONTH ENDING August, 20 09

Bank: Shore Bank

Location: 3401 So. King Drive Chicago 60616

Account Name: EBRo Real Estate Holdings LLC (DIP)

Account No.: 3100004682

| DATE RECEIVED | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 8/10/09 | Awin Mgmt | 1,200.00 |
| " | Box Form | 13,721.42 |
| 8/17/09 | EBRo Foods Inc | 10,000.00 |

TOTAL: $ 24,921.42

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

Operating Report                                Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**              CASE NO. <u>09-10104</u>

## DISBURSEMENT LISTING

FOR MONTH ENDING <u>August</u>, 20<u>09</u>

Bank: <u>Shore Bank</u>
Location: <u>3401 S. King Drive Chicago 60616</u>
Account Name: <u>Ebro Real Estate LLC (DIP)</u>
Account No.: <u>3100046682</u>

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/18/09 | 98 | B of A | 19630.18 |

TOTAL: <u>$19630.18</u>

You must create a separate list for each bank account from which disbursements were made during the month.

Operating Report                                                    Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**　　　CASE NO. 09-10104

FOR MONTH ENDING __August__, 20 09

### STATEMENT OF INVENTORY

Beginning inventory　　$ N/A

Add: purchases　　$

Less: goods sold (cost basis)　　$

Ending inventory　　$

### PAYROLL INFORMATION STATEMENT

Gross payroll for this period　　$

Payroll taxes due but unpaid　　$

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| BofA | 8/1 | 19630.18 | 1 | 19630.18 |
| SomerCor | 8/1 | 18226.24 | 5 | 91131.20 |

* Include only post-petition payments.

Operating Report　　　　　　　Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**              CASE NO. **09-10104**

FOR MONTH ENDING __August__, 20__09__

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 140,789.42 |
| Add: sales on account | $ 50,338.42 |
| Less: collections | $ 24,921.42 |
| End of month balance | $ 166,206.42 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 25,417 | $ 25,417 | $ 30,617 | $ 84,755.42 | $ 166,206.42 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 92,535.14 |
| Add: credit extended | $ 37,856.42 |
| Less: payments of account | $ 19,630.18 |
| End of month balance | $ 110,761.38 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 18,226.24 | $ 18,226.24 | $ 36,452.48 | $ 37,856.42 | $ 110,761.38 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

Operating Report                                    Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**   CASE NO. 09-10104

FOR MONTH ENDING August, 20 09

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No (X) | N/A |
| 2. | FICA withholdings | Yes ( ) | No ( ) | |
| 3. | Employee's withholdings | Yes ( ) | No ( ) | |
| 4. | Employer's FICA | Yes ( ) | No ( ) | |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) | |
| 6. | State Income Tax | Yes ( ) | No ( ) | |
| 7. | State Employee withholdings | Yes ( ) | No ( ) | |
| 8. | All other state taxes | Yes ( ) | No ( ) | |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

Operating Report    Page 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**     CASE NO. **09-10104**

## DECLARATION UNDER PENALTY OF PERJURY

I, __Silvio Vega__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_/s/ Vega_

For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

__Silvio Vega__
__Gen Mgr__

DATED: __9/11/09__