United States Bankruptcy Court
Northern District of Illinois
Eastern Division

In re: ) Bankruptcy Case No. 09-10104
)
EBRO Real Estate Holdings )
) Adversary Case No.
)
)

## TRIAL ORDER

re: Motion of Bank of America for Relief from Stay

This proceeding having come before the court for pretrial conference or status hearing it is hereby ordered:

1. Discovery shall be noticed so as to be completed on or before 9/21/09.

2. The parties shall exchange witness and exhibit lists and file the lists with the court on or before 9/22/09. All exhibits shall be identified by the numbers proposed to be used at trial.

3. Parties shall not use large format demonstrative evidence if the information can be provided on 8½" x 11" paper.

4. Motions in limine or objections to the admission of exhibits shall be filed on or before 9/23/09.

5. The court will rule on any such motions on 9/24/09

6. No later than 4:30 p.m. on the day before the trial, all parties shall submit copies of their exhibits to the court. The parties must submit their exhibits in pdf format, on CD-ROM, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit.

7. Any listed exhibits as to which there is no objection will be admitted into evidence at the outset of the hearing.

8. Absent extraordinary circumstances, the examination of each witness shall be limited to direct, cross-examination and re-direct.

9. The trial in this matter shall commence on 9/24/09 at 1:30 p.m.

Dated: 9/18/09

*Susan Pierson Sonderby*

~~Eugene R. Wedoff~~
**Bankruptcy Judge**